# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

David G. Velde, Chapter 7 Trustee,                    Civil No. 06-2295 (RHK/RLE)

                   Plaintiff,                            **ORDER**

     vs.

Mike Useldinger,

                  Defendant.

_____

     Based upon the Stipulation of Dismissal (Doc. No. 10), **IT IS ORDERED** that the

above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without costs or

disbursements to any party.

     **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  December 14, 2006

                             s/Richard H. Kyle
                             RICHARD H. KYLE
                             United States District Judge